

                                                40 Broad Street, 7th Floor
                                                New York, New York 10004
                                                Telephone: (212) 943-9080
                                                www.vandallp.com

                                                **Jack L. Newhouse Esq.**
                                                Partner
                                                jnewhouse@vandallp.com

March 29, 2019

**VIA EMAIL**
Hon. Ramon E. Reyes, Jr.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

                      Re:    *Debora Bayne, et al. v. NAPW, Inc., et al.*
                               18-CV-3591 (MKB)(RER)

Dear Judge Reyes:

      This firm represents Plaintiffs in the above referenced wage and hour litigation. I write with consent of Defendants' counsel to request an adjournment of the upcoming conference, currently scheduled for April 2, 2019 at 10:30 a.m., to a date that is convenient for the Court. I make this request because I am currently lead counsel on a trial in another matter, *Perez v. Masonry Services, Inc.*, 101355/2012, in New York Supreme Court, New York County. I anticipate that the *Perez* trial will continue through the next two weeks.

      This is the parties' first request for an adjournment of a conference. Thank you for your time and attention to this matter.

                                                  Respectfully Submitted,

                                                  /s/Jack L. Newhouse, Esq.

cc:     All Counsel of Record (via ECF)