UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

DEBORA BAYNE, and all other persons similarly situated,

        Plaintiff,

– against –

NAPW, INC. *d/b/a* National Association of Professional Women and *d/b/a* International Association of Women, and
PROFESSIONAL DIVERSITY NETWORK, INC. *d/b/a* National Association of Professional Women and *d/b/a* International Association of Women,

        Defendants.

No. 18-CV-3591 (MKB) (RER)

**PARTIES' JOINT MOTION FOR EXTENSION OF TIME OF DISCOVERY DEADLINE**

Defendants NAPW, INC. *d/b/a* National Association of Professional Women and *d/b/a* International Association of Women ("Defendant"), by and through their attorneys at Dinsmore and Shohl, LLP, and Plaintiffs, Debra Bayne and all other persons similarly situated, through their Attorney at Virginia & Ambinder, LLP, respectfully request this Court extend the previously set discovery deadline per the Court Order of July 15, 2019. When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires; or (B) on motion made after the time has expired if the party failed to act because of excusable neglect." Fed. R. Civ. P. 6(b)(1).

In support, the parties state as follows:

1. On July 15, 2019, this Court entered a Scheduling Order with the discovery deadline of May 29, 2020.

2. In light of the delays caused by our nation's response to the COVID-19 pandemic, the parties agree that an extension of the discovery deadline is appropriate and necessary to resolve all outstanding discovery related issues.

3. Accordingly, the parties request that the discovery deadline is extended to June 29, 2020.

WHEREFORE, the parties request that the Court extend the discovery deadline to June 29, 2020, which have been agreed upon by the parties and any other relief this Court deems just.

Dated:  May 28, 2020

Respectfully submitted:

DINSMORE & SHOHL LLP

By:  s/ Johner T. Wilson III
Johner T. Wilson, III
Govinda Davis
Heather Stone
Jessica E. Chang
222 W. Adams Street, Suite 3400
Chicago, Illinois 60606
Tel: (312) 837-4306
Email: JT.Wilson@dinsmore.com
    Govind.Davis@dinsmore.com
    Heather.Stone@dinsmore.com
    Jessica.Chang@dinsmore.com
*Attorneys for Defendants*

and

VIRGINIA & AMBINDER, LLP
By: s/ Jack L. Newhouse
Jack L. Newhouse
Michele A. Moreno
40 Broad Street, 7th Floor
New York, New York 10004
Tel: (212) 943-9080
Email: jnewhouse@vandallp.com
    mmoreno@vandallp.com
*Attorneys for Plaintiff and Putative Class*