UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEBORA BAYNE, and all other persons similarly situated,<br><br>             Plaintiffs,<br><br>-against-<br><br>NAPW, INC. d/b/a National Association of Professional Women and d/b/a International Association of Women, and PROFESSIONAL DIVERSITY NETWORK, INC. d/b/a National Association of Professional Women and d/b/a International Association of Women,<br>             Defendants. | Case No.: 18-cv-3591<br><br>**NOTICE** |

  Plaintiffs hereby give notice that, by her undersigned counsel, Opt-In Plaintiff Linda Docyk withdraws her Consent to Join the Collective Action pursuant to 29 U.S.C. 216(b).

Dated: New York, New York
   October 8, 2020         VIRGINIA & AMBINDER, LLP

               By: /s/ Michele A. Moreno, Esq.
                  Michele A. Moreno, Esq.
                  40 Broad Street, 7th Floor
                  New York, New York 10004
                  T: (212) 943-9080
                  mmoreno@vandallp.com