UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEBORA BAYNE, and all other persons similarly situated,<br><br>Plaintiff,<br><br>– against –<br><br>NAPW, INC. *d/b/a* National Association of Professional Women and *d/b/a* International Association of Women, and PROFESSIONAL DIVERSITY NETWORK, INC. *d/b/a* National Association of Professional Women and *d/b/a* International Association of Women,<br><br>Defendants. | No. 18-CV-3591 (MKB) (RER) |

## NOTICE OF WITHDRAWAL AS COUNSEL

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Heather N. Stone of Dinsmore & Shohl LLP, 655 West Broadway, Suite 800, San Diego, California 92101, is withdrawing as counsel of record for Defendant NAPW, INC. *d/b/a* National Association of Professional Women and *d/b/a* International Association of Women. All services shall cease on Ms. Stone effective today's date.

Dated: September 23, 2021

Respectfully submitted:

DINSMORE & SHOHL LLP

By: /s/ Heather N. Stone
Heather N. Stone
Heather.Stone@dinsmore.com
*Former Attorneys for Defendant*

1