UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEBORA BAYNE, and all other persons similarly situated,<br><br>     Plaintiff,<br><br>vs.<br><br>NAPW, INC. *d/b/a* National Association of Professional Women and *d/b/a* International Association of Women, and PROFESSIONAL DIVERSITY NETWORK, INC. *d/b/a* National Association of Professional Women and *d/b/a* International Association of Women,<br><br>     Defendants. | Case No. 18-cv-3591 (MKB)(RER)<br><br>**NOTICE OF APPEARANCE OF YA LI** |

TO: THE CLERK OF COURT AND ALL PARTIES OF RECORD:

Please take notice that the undersigned hereby appears as attorney for Defendants in the above captioned action and demands that copies of all pleadings, papers, notices, and other communications relating to this action be served upon the undersigned.

Dated: March 31, 2022

                    Respectfully submitted,

                    */s/ Ya Li*
                    Ya Li
                    DINSMORE & SHOHL LLP
                    255 East Fifth Street
                    Suite 1900
                    Cincinnati, OH 45202
                    Tel: (513) 977-8296
                    Fax: (513) 977-8141
                    ya.li@dinsmore.com

                    *Attorney for Defendants*