

40 Broad Street, 7th Floor
New York, New York 10004
Telephone: (212) 943-9080
www.vandallp.com

**Jack L. Newhouse Esq.**
Partner
jnewhouse@vandallp.com

April 7, 2022

**VIA ECF**
Hon. Ramon E. Reyes, Jr.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re: *Debora Bayne, et al. v. NAPW, Inc., et al.*
            18-CV-3591 (MKB)(RER)

Dear Judge Reyes:

    This firm represents Named Plaintiff Bayne, Opt-in Plaintiffs, and the Class (collectively "Plaintiffs") in the above referenced wage and hour litigation. Plaintiffs write to respectfully request the Court issue an order (i) directing the publication of a supplemental notice to putative FLSA collective action members who were omitted from the collective action list produced in 2018 and (ii) tolling the FLSA statute of limitations for those putative FLSA Opt-In Plaintiffs dating back to September 14, 2018.

    The parties have conferred over and stipulated to the requested course of action. Enclosed please find a copy of the parties' stipulation, which includes a proposed publication order (Ex. A), proposed notice (Ex. B), and proposed consent to join form (Ex. C).

    Thank you for your time and attention to this matter.

                                          Respectfully submitted,

                                          /s/Jack L. Newhouse, Esq.

cc:    Johner T. Wilson, Esq. (via ECF)

1