| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | |
| DEBORA BAYNE, and all other persons similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>NAPW, INC. *d/b/a* National Association of Professional Women and *d/b/a* International Association of Women, and<br>PROFESSIONAL DIVERSITY NETWORK, INC. *d/b/a* National Association of Professional Women and *d/b/a* International Association of Women,<br><br>Defendants. | Docket No.: 18-cv-3591 (MKB)(RER)<br><br>**PUBLICATION ORDER** |

**WHEREAS**, the Court having read and considered the proposed Second Supplemental Notice of Lawsuit ("Second Supplemental Notice") and Consent to Join Lawsuit Form ("Consent to Join Form"); and

**WHEREAS**, the Parties have met and conferred and agree upon the substance and form of the Second Supplemental Notice and Consent to Join Form;

**IT IS HEREBY ORDERED** that:

1. On or before fifteen (15) days after entry of this Order, the Plaintiffs or their designated representatives shall cause a copy of the Second Supplemental Notice and Consent to Join Form to be mailed by first class mail to:

    All current and former employees of NAPW, Inc. and Professional Diversity Network, Inc. who worked as sales representatives selling memberships to the National Association of Professional Women or International Association of Women from November 29, 2015 through November 29, 2018, and who were omitted from the original mailing list.

2. The Court approves the form of the Second Supplemental Notice and Consent to Join Form, and finds that the mailing of such Second Supplemental Notice and Consent to Join Form substantially in the manner and form set forth in paragraph 1 of this Order will constitute the best notice practicable under the circumstances to members of the collective.

3. Putative Opt-In Plaintiffs shall have sixty (60) days from the date the notice is mailed to file a Consent Form with the court ("Bar Date"). There shall be a fifteen (15) day grace period for putative Opt-In Plaintiffs whose Second Supplemental Notice and Consent to Join Forms are returned because of an incorrect mailing address ("Grace Period"). Consent to Join Forms mailed to Plaintiffs' counsel that are postmarked on or before the Bar Date (or Grace Period if bona fide late claim) shall be filed with the Court by Plaintiffs' counsel within seven (7) days of the Bar Date or Grace Period.

4. The statute of limitations on FLSA claims of Opt-In Plaintiffs subject to the Second Supplemental Notice that duly file timely Consent Forms shall be tolled as of September 14, 2018.

SO ORDERED:

_____
RAMON E. REYES, JR. U.S.M.J.

Dated: New York, New York
     April 8      , 2022