UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEBORA BAYNE, and all other persons similarly situated,<br><br>                                  Plaintiffs,<br><br>-against-<br><br>NAPW, INC. d/b/a National Association of Professional Women and d/b/a International Association of Women, and PROFESSIONAL DIVERSITY NETWORK, INC. d/b/a National Association of Professional Women and d/b/a International Association of Women,<br><br>                                Defendants. | Case No.: 18-cv-3591<br><br>**NOTICE OF FILING** |

Named Plaintiffs, DEBORA BAYNE, hereby give notice of the filing of Consent to Join Forms, pursuant to 29 U.S.C. 216(b), from the following individuals:

1. Darice Clark;
2. Dorothy Losquadro;
3. Sharyn Vetter;
4. Jeanette Costoso;
5. Nancy Demir;
6. Wanda Whitted;
7. Sandra J. Edwards;
8. Ilona Shillman;
9. Kerri J. Reiner

The above-described Consent to Join Forms are attached hereto as Exhibit "A," respectively.

Dated: New York, New York
      May 18, 2022                 VIRGINIA & AMBINDER, LLP

                              By: __s/ Michele A. Moreno, Esq.__
                                  Michele A. Moreno, Esq.
                                  40 Broad Street, 7th Floor
                                  New York, New York 10004
                                  T: (212) 943-9080
                                  mmoreno@vandallp.com