UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEBORA BAYNE, and all other persons similarly situated,<br><br>Plaintiff,<br><br>– against –<br><br>NAPW, INC. *d/b/a* National Association of Professional Women and *d/b/a* International Association of Women, and<br>PROFESSIONAL DIVERSITY NETWORK, INC. *d/b/a* National Association of Professional Women and *d/b/a* International Association of Women,<br><br>Defendants. | No. 18-CV-3591 (MKB) (RER) |

## **NOTICE OF WITHDRAWAL AS COUNSEL**

TO: THE CLERK OF COURT AND ALL PARTIES OF RECORD

PLEASE TAKE NOTICE that Alyson M. St. Pierre of Dinsmore & Shohl LLP, 211 N. Pennsylvania Street, Suite 1800, Indianapolis, IN 46204, is withdrawing as attorney for Defendants in the above captioned action. All service shall cease on Ms. St. Pierre effective today's date.

Dated: August 11, 2022

Respectfully submitted,

*/s/ Alyson M. St. Pierre*
Alyson M. St. Pierre, #35375-53
DINSMORE & SHOHL LLP
211 N. Pennsylvania Street
Suite 1800
Indianapolis, IN 46204
Tel: (317) 639-6151
Fax: (317) 639-6444
Aly.StPierre@dinsmore.com