Legal Counsel.

DINSMORE & SHOHL LLP
222 W. Adams Street ^ Suite 3400
Chicago, IL 60606
www.dinsmore.com

Johner T. Wilson III
(312) 837-4306 (direct) · (312) 372-6085 (fax)
JT.Wilson@dinsmore.com



August 24, 2022

**V**IA **E**LECTRONIC **M**AIL

Jack L. Newhouse, Esq.
Michele A. Moreno, Esq.
Virginia & Ambinder, LLP
40 Broad Street, 7th Floor
New York, New York 10004

    **Re:    Defendant PDN's Courtesy Letter Regarding Summary Judgment**
            *Bayne, et al. v. NAPW, Inc. et al.*, **Case No. 18-cv-3591 (MKB)(RER)**

Dear Counsel,

    Our firm represents Defendant Professional Diversity Network, Inc. d/b/a National Association of Professional Women and d/b/a International Association of Woman ("PDN") in the above referenced wage and hour litigation. Enclosed is Defendant PDN's Motion for Summary Judgment pursuant to Fed. R. Civ. P. 56, including:

1) Notice of Defendant PDN's Motion for Summary Judgment;
2) Exhibits A – S annexed thereto;
3) Defendant PDN's R. 56.1 Statement of Material Facts;
4) Defendant PDN's R. 56.1 Memorandum of Law in Support of Defendant PDN's Motion for Summary Judgment; and
5) Certificate of Service.

    Defendant will file these motion papers in accordance with the Court Ordered briefing schedule and the Judge's individual rules.

                                           Respectfully submitted,

                                           Johner T. Wilson III
                                           Thaddeus A. Harrell
                                           *Attorneys for Defendant*
                                           *Professional Diversity Network, Inc.*