

**Legal Counsel.**

DINSMORE & SHOHL LLP
222 W. Adams Street ^ Suite 3400
Chicago, IL 60606
www.dinsmore.com

Krysta K. Gumbiner
(312) 775-1743 (direct) ^ (312) 372-6085 (fax)
Krysta.Gumbiner@dinsmore.com

July 30, 2024

<u>VIA ECF</u>

Hon. Margo K. Brodie, U.S.D.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East, Courtroom 6F
Brooklyn, NY 11201

    Re:    **Debra Bayne, et al., v. NAPW, Inc., et al.**
              **18-cv-3591 (MKB)(RER)**

Dear Judge Brodie,

    This firm is counsel to Defendants in the above-referenced wage and hour action. I write on behalf of Defendants, with the agreement of Plaintiffs, to respectfully request an extension of time to submit the Joint Pre-Trial Order, currently due August 1, 2024. [*See* June 28, 2024 Order]. Recognizing that Plaintiffs previously requested an extension of time, the undersigned is reasonably in need of additional time to prepare Defendants' portion of the pre-trial order. The end of June and the month of July were filled with multiple professional and personal matters for the undersigned. This includes two appeals and preparation for an upcoming trial starting September 11, 2024. Given that no trial date is set in this case, the undersigned respectfully requests one additional month to finalize these materials and work with Plaintiffs' counsel to submit the Joint Pre-Trial Order. Defendants request to and including September 3, 2024 (in light of Labor Day) to submit the Joint Pre-Trial Order.

    Thank you for your time and attention to this matter.

Sincerely,

*Krysta K. Gumbiner*

Krysta K. Gumbiner

cc: All counsel of record (via ECF)