UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEBORA BAYNE, and all other persons similarly situated,<br><br>                                           Plaintiff,<br><br>vs.<br><br>NAPW, INC. *d/b/a* National Association of Professional Women and *d/b/a* International Association of Women, and PROFESSIONAL DIVERSITY NETWORK, INC. *d/b/a* National Association of Professional Women and *d/b/a* International Association of Women,<br><br>                                          Defendants. | Docket No.:<br>18-cv-3591(MKB)(MMH)<br><br>**NOTICE OF UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

**PLEASE TAKE NOTICE** that upon the annexed Declaration of Jack L. Newhouse, sworn to on July 24, 2025, and upon all prior papers and proceedings herein, Plaintiffs by their undersigned attorneys, will move before the Honorable Marcia M. Henry, U.S.M.J. at the United States Courthouse for the Eastern District of New York, located at 225 Cadman Plaza East, Courtroom 504N, Brooklyn, New York, 11201, on a return date set by the Court, for an Order: (1) granting preliminary approval of the Joint Settlement Agreement and Release (the "Agreement"); (2) approving the proposed Notice of Class Action Settlement ("Notice") and Claim Form, and; (3) such other and further relief as the Court may deem just and proper.

Dated: July 24, 2025
      New York, New York

                                                     VIRGINIA & AMBINDER, LLP

                                                     _____/s/_____
                                                     Jack L. Newhouse
                                                     Michele A. Moreno
                                                     40 Broad Street, 7th Floor
                                                     New York, New York 10004
                                                     Tel:    (212) 943-9080
                                                     jnewhouse@vandallp.com

mmoreno@vandallp.com

*Attorneys for Plaintiff Class and Collective*