VIRGINIA
& AMBINDER LLP
Attorneys at Law

40 Broad Street, 7th Floor
New York, New York 10004
Telephone: 212.943.9080

**Jack L. Newhouse**
**Partner**

September 29, 2026

**VIA ECF**
Hon. Marcia M. Henry
United States District Court,
Eastern District of New York
225 Cadman Plaza East, Courtroom 504N
Brooklyn, New York 11201

Re: *Debora Bayne, et al. v. NAPW, Inc., et al.*
18-CV-3591 (MKB)(RER)

Dear Judge Henry:

This firm is counsel to Plaintiffs in the above-referenced wage and hour class and collective action. Plaintiffs respectfully submit this letter to bring to the Court's attention that their unopposed motion for preliminary approval of the class and collective action settlement remains pending. Plaintiffs recognize the extraordinary demands on Your Honor's docket and are grateful for the Court's careful attention to this matter. Given the passage of time since oral argument, and the number of workers who are awaiting the outcome, Plaintiffs respectfully request that the Court issue a decision on the motion at its earliest convenience.

By way of brief background, Plaintiffs filed the unopposed motion on July 24, 2025. On December 3, 2025, Your Honor requested supplemental information to assess the fairness of the proposed settlement, which Plaintiffs submitted on December 19, 2025. On January 6, 2026, Your Honor requested additional supplemental information, which Plaintiffs submitted on January 16, 2026. Your Honor held oral argument on February 18, 2026, and the parties consented to Your Honor's jurisdiction on February 20, 2026.

Plaintiffs respectfully note that preliminary approval is only the first step in a lengthy process. Following preliminary approval, notice must be issued to the class, and class members must then be given time to opt in, opt out, or object. Plaintiffs will then move for final approval and await the Court's final determination. As a result, even upon prompt preliminary approval, it will be many months before any class member receives a settlement payment.

Defendants consent to this request, and the parties remain available to provide any further information that would assist the Court. We thank Your Honor for her time and consideration.

Respectfully submitted,

/s/ Jack L. Newhouse

Cc: All counsel of record (via ECF)